*Semple* for petitioner. *Solicitor General Perlman* and *Assistant Attorney General Underhill* for the United States.

No. 689. WEINER *v.* RECONSTRUCTION FINANCE CORPORATION. C. A. 2d Cir. Certiorari denied. *I. H. Wachtel* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Morton Hollander* for respondent.

No. 693. BIRNBAUM ET AL., DOING BUSINESS AS BIRNBAUM & CO., *v.* NEWPORT STEEL CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Nathan B. Kogan* for petitioners. *A. Donald MacKinnon* and *Rebecca M. Cutler* for the Wilport Company; and *Arthur H. Dean* and *Howard T. Milman* for Feldmann, respondents.

No. 694. BIGGS *v.* SPADER ET AL. Supreme Court of Illinois, and Superior Court of Cook County, Illinois. Certiorari denied.

No. 695. NORTHERN TRUST Co., EXECUTOR, *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Horace Dawson* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack, A. F. Prescott* and *Morton K. Rothschild* for the United States.

No. 696. ELGIN, JOLIET & EASTERN RAILWAY Co. *v.* O'DONNELL, ADMINISTRATRIX. C. A. 7th Cir. Certio-